IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | No. 3:13-cr-251-B |
| | § | |
| ROBERT KEITH KINSEY | § | |
| (BOP Inmate No. 32856-077), | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant Robert Keith Kinsey's Motion Requesting a Judicial Recommendation Concerning Length of Halfway House Placement [Dkt. No. 35] is DENIED.

**SO ORDERED.**

DATE: March 16, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-